UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHLEEN CAMPBELL,

    Plaintiff,

v.

METLIFE SERVICES AND SOLUTIONS, LLC,

    Defendant.

Case No. 8:20-cv-1105

### NOTICE OF FILING REVISED SETTLEMENT AGREEMENT

Plaintiff Kathleen Campbell ("Plaintiff"), and Defendant MetLife Group, Inc. (improperly named as MetLife Services and Solutions, LLC) ("MetLife" or "Defendant") file this Notice of Filing Revised Settlement Agreement and state as follows.

On November 25, 2020, the parties filed their Joint Motion for Approval of Settlement. The Court, on December 1, 2020, denied that motion, permitting the parties to submit a revised settlement agreement. The parties have since negotiated and executed the attached revised Settlement Agreement, which addresses the concerns set forth in the Court's Order. The parties jointly submit the revised Settlement Agreement for the Court's review and request the Court's approval of their settlement.

Respectfully submitted, this 18th day of December, 2020.

| FLORIN GRAY BOUZAS OWENS, LLC | MORGAN LEWIS & BOCKIUS LLP |
|---|---|
| By: *Scott L. Terry*<br>Scott L. Terry<br>16524 Pointe Village Dr Ste 100<br>Lutz, FL 33558<br>scott@fgbolaw.com<br>Tel.: 727-220-5255<br>Fax: 727-483-7942<br>*Counsel for Plaintiff* | By: *Sean P. Lynch*<br>Sean P. Lynch<br>502 Carnegie Center<br>Princeton, NJ 08540<br>sean.lynch@morganlewis.com<br>Tel: 609.919.6611<br>Fax: 609.919.6701<br>*Counsel for Defendant* |

1