UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHLEEN CAMPBELL,

    Plaintiff,

v.      CASE NO. 8:20-cv-1105-T-23CPT

METLIFE SERVICES
AND SOLUTIONS, LLC,

    Defendant.
_____/

### ORDER

After a December 1, 2020 order denies the parties' joint motion for approval of their FLSA settlement, the parties amend the settlement and move (Doc. 26) for approval. An evaluation of the amended settlement reveals that the settlement corrects the deficiencies featured in the initial settlement. In other words, the settlement is "fair and reasonable" under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). The motion (Doc. 26) to approve the parties' settlement is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on January 7, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE